UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARYL MORGAN, *et al.*,

      Plaintiffs,

v.

ENVIRONMENTAL WOOD
SOLUTIONS, II, LLC,

      Defendant.

Civil No. 23-cv-11500
Hon. Matthew F. Leitman

_____/

**ORDER TERMINATING WITHOUT PREJUDICE (1) DEFENDANT'S MOTION FOR SANCTIONS (ECF No. 5) AND (2) DEFENDANT'S MOTION TO DISMISS AND COMPEL ARBITRATION (ECF No. 6)**

On June 30, 2023, Defendant Environmental Wood Solutions, II, LLC filed two motions in this action: (1) a motion for sanctions (ECF No. 5) and (2) a motion to dismiss Plaintiffs' Complaint and to compel Plaintiffs to arbitrate their claims (ECF No. 6).

On November 13, 2023, the Court held an on-the-record status conference in this case. During that conference, counsel for the parties informed the Court that they were working to finalize an agreement to arbitrate Plaintiffs' claims and that that agreement would resolve Environmental Wood Solutions' pending motions. Accordingly, for the reasons discussed with counsel during the November 13, 2023, status conference, Environmental Wood Solutions' motions for sanctions and to

1

dismiss and compel arbitration (ECF Nos. 5, 6) are **TERMINATED WITHOUT PREJUDICE** as moot.

      **IT IS SO ORDERED**.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated:  November 13, 2023

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 13, 2023, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126